# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

   v.                                                **CRIMINAL NO. 4:19cr28-SA-JMV-1**

**ARTEZ GRAY**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Victoria Washington on August 19, 2020,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Victoria Washington** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Victoria Washington** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 19th day of August, 2020.

                                                     /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE